JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

SARA GOMEZ FLOREZ,
Petitioner,
v.
MARKWAYNE MULLIN, et al.,
Respondents.

No. 5:26-cv-05585-BFM

**JUDGMENT**

On October 9, 2026, the Court issued an order granting the petition and ordered Petitioner Sara Gomez Florez (A# 243-044-452) immediately released on reasonable conditions. (ECF 12 at 5.) Petitioner reports that Petitioner has been released from Respondents' custody. (ECF 13.) Accordingly, pursuant to the Order Granting Petition, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is granted. The Clerk of Court is directed to close this case.

DATED: October 14, 2026

HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE